United States District Court
Southern District of Texas
FILED

NOV 1 5 2011

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-11-1747 |
| LORENZO GUZMAN<br>JACOB TYLER<br>JUAN RIVERA<br>FRANCISCO MUSICK | § § § § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about October 24, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LORENZO GUZMAN**

previously having been convicted in the 389th Judicial District Court of Hidalgo, County, Texas on September 4, 2009, for the felony offense of Failure to Register as a Sex Offender, in Cause Number CR-3229-09-H, a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, namely, a Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number BFI637734; and a Bushmaster, Model XM15-E2S, .223 caliber rifle, serial number BFI637602.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Two

On or about October 4, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LORENZO GUZMAN**
and
**JACOB TYLER**

knowingly made, and aided and abetted and willfully caused to be made a false statement and representation with respect to information required to be kept in the records of Britt Kruger, McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10/63, 7.62mm rifle, serial number 1970BU0390; and a Century International Arms, Model WASR 10/63, 7.62mm rifle, serial number 1970BT4150, in that the defendant **LORENZO GUZMAN** aided and abetted **JACOB TYLER** who, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that **JACOB TYLER** was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that **JACOB TYLER** was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

### Count Three

On or about October 19, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LORENZO GUZMAN**
and
**JACOB TYLER**

knowingly made, and aided and abetted and willfully caused to be made a false statement and representation with respect to information required to be kept in the records of Danny's Pawn & Sporting Goods, McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Spikes, Model ST15, .223 caliber rifle, serial number RM17572, in that the defendant **LORENZO GUZMAN** aided and abetted **JACOB TYLER** who, falsely represented on

the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that **JACOB TYLER** was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that **JACOB TYLER** was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

### Count Four

On or about October 6, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LORENZO GUZMAN**
**and**
**JUAN RIVERA**

knowingly made, and aided and abetted and willfully caused to be made a false statement and representation with respect to information required to be kept in the records of Danny's Pawn & Sporting Goods, McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Bushmaster, Model XM-15, .223 caliber rifle, serial number BFI607905; and a Century International Arms, Model M70AB2, 7.62mm rifle, serial number M70AB07733, in that the defendant **LORENZO GUZMAN** aided and abetted **JUAN RIVERA** who, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that **JUAN RIVERA** was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that **JUAN RIVERA** was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

### Count Five

On or about October 19, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LORENZO GUZMAN**
**and**
**JUAN RIVERA**

knowingly made, and aided and abetted and willfully caused to be made a false statement and representation with respect to information required to be kept in the records of Britt Kruger, McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century International Arms, Model WASR 10/63, 7.62mm rifle, serial number 1970BX3321, in that the defendant **LORENZO GUZMAN** aided and abetted **JUAN RIVERA** who, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that **JUAN RIVERA** was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that **JUAN RIVERA** was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

### Count Six

On or about October 7, 2011, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LORENZO GUZMAN**
**and**
**FRANCISCO MUSICK**

knowingly made, and aided and abetted and willfully caused to be made a false statement and representation with respect to information required to be kept in the records of Britt Kruger, McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Smith & Wesson, Model M&P15, .223 caliber rifle, serial number 64310; and a Yankee Hill Machine,

Model YHM15, .223 caliber rifle, serial number YH8501, in that the defendant **LORENZO GUZMAN** aided and abetted **FRANCISCO MUSICK** who, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that **FRANCISCO MUSICK** was the actual buyer of the firearm described above, when in truth and fact the defendants knew that those statements and representations were false and that **FRANCISCO MUSICK** was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

TRUE BILL:

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY