# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 09, 2015

Mr. David J. Bradley  
Southern District of Texas, McAllen  
United States District Court  
1701 W. Business Highway 83  
Suite 1011  
McAllen, TX 78501-0000

    No. 14-40392   USA v. Lorenzo Guzman  
                       USDC No. 7:11-CR-1747-1

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                     Sincerely,

                                       LYLE W. CAYCE, Clerk

                                     /s/ Shea E. Pertuit  
                                   By: _____  
                                   Shea E. Pertuit, Deputy Clerk  
                                   504-310-7666

cc:  
     Mr. Philip G. Gallagher  
     Ms. Renata Ann Gowie  
     Mr. Michael Lance Herman  
     Mr. Scott Andrew Martin  
     Ms. Marjorie A. Meyers  
     Mr. Jason B. Smith